IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 1:11cr35-MW/GRJ

TAVARIS LORENZO SCANES,

    Defendant/Petitioner.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 129, and has also reviewed *de novo* Petitioner's objections, filed by counsel on Petitioner's behalf, to the report and recommendation. ECF No. 132. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a person in Federal Custody, ECF No. 123, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on January 12, 2018.

                                            s/Mark E. Walker    
                                            **United States District Judge**